

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00876-CV

**IN THE INTEREST OF K.R.Z.** and K.W.Z., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-18104
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the case is REMANDED for further proceedings. Costs of this appeal are taxed against appellee.

SIGNED July 22, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice